Maurice WILSON, a/k/a Maurice Wilson Iguade, a/k/a Maurice Amafeyaga Iguade, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 07–1693.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2008.

Decided: April 22, 2008.

Mary Ann Berlin, Baltimore, Maryland, for Petitioner. Jeffrey S. Bucholtz, Acting Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Eric W. Marsteller, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

PER CURIAM:

Maurice Wilson, a/k/a Maurice Wilson Iguade, a/k/a Maurice Amafeyaga Iguade, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen his immigration proceedings. We find that we lack jurisdic-

tion to review Wilson's claim that the Board should have exercised its sua sponte power to reopen his removal proceedings. *See Ali v. Gonzales,* 448 F.3d 515, 518 (2d Cir.2006) (collecting cases). We therefore deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*